### 35698. CALE v. CALE.

PER CURIAM.
This is the fourth appearance of this case in this court. *Cale v. Cale,* 242 Ga. 600 (250 SE2d 467) (1978); 243 Ga. 519 (255 SE2d 41) (1979); 244 Ga. 191 (1979).

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. L., 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED NOVEMBER 26, 1979 — REHEARING DENIED
DECEMBER 4, 1979.

Norman Cale, *pro se.*
*Lipscomb, Manton & Johnson, John Manton,* for appellee.